IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                Criminal Action No.
                   25-00062-01-CR-W-HFS
TOMAS ALEJANDRO YANEZ FRAIDE,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:  Count I: Unlawful Re-entry After Removal After An Aggravated Felony *in violation of* 8 U.S.C. §1326(a) and (b)(2)

           Count II: Alien in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)

           Count III: Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
  Government: Megan Baker
   Case Agent: Elizabeth White
  Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
  Government: 3 or less with stipulations; 5 or less without stipulations
  Defense: 1 witness, including Defendant who  ( ) will
                       ( ) may
                       ( x ) will not testify

**TRIAL EXHIBITS**:
  Government: 20 exhibits
  Defense: 10 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (  ) Definitely for trial                 (  ) Possibly for trial
      (  ) Motion to continue to be filed     ( x ) Likely a plea will be worked out

**TRIAL TIME**: **2 days**
    Government's case including jury selection: 1.5 - 2 days
    Defense case: .5 day

**STIPULATIONS**:  Government:  likely to stipulate to prior felony conviction and interstate nexus of the firearm; Defense:  takes no position at this time regarding stipulations

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: June 23, 2025
    Defense: June 23, 2025
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: June 23, 2025
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: June 23, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing 7/7/2025
    **Please note**:  *Neither the Defense nor the Government has any conflicts with the July 7, 2025, trial docket.*
**OTHER**:
        (  )    A _____-speaking interpreter is required.
        (  )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                    */s/ Jill A. Morris*
                                                  JILL A. MORRIS
                                                  United States Magistrate Judge